IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  07-05593 |
| | ) | |
| ROBERTO SANCHEZ, | ) | Chapter 13 |
| Debtor(s) | ) | Judge  Susan Pierson Sonderby |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT**

   NOW COMES Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR11, Mortgage Pass-Through Certificates, Series 2005-AR11 under the Pooling and Servicing Agreement dated June 1, 2005, by and through its attorney, LAW OFFICES OF IRA T. NEVEL, LLC and in response to *Notice of Payment of Final Mortgage Cure Amount* issued on April 2, 2010 , states that the account at issue remains post due for:

```
(25) 5/08-3/10      @ $1,379.53 = $34,488.25
(2)  4/10-5/10      @ $1,584.66 = $3,169.32
(26) 5/08-4/10 l.c.s @ $    53.21 = $1,383.46
Total                           $39,041.03
```

Respectfully submitted,
OneWest Bank, FSB


Law Offices of Ira T. Nevel LLC

*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Counsel for Deutsche Bank National Trust Company


LAW OFFICES OF IRA T. NEVEL LLC
175 North Franklin, Suite 201
Chicago, Illinois 60602
(312) 357-1125