IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | In proceedings under |
| | ) | Chapter 13 |
| | ) | Case No. 07-05593 |
| ROBERTO SANCHEZ,, | ) | |
| | ) | Judge Susan Pierson Sonderby |
| Debtor(s). | ) | |

NOTICE OF ELECTRONIC FILING
AND CERTIFICATION OF SERVICE BY MAIL

**PLEASE TAKE NOTICE** that a Response to Notice of Payment of Final Mortgage Cure Amount as to OneWest Bank, FSB in the above captioned matter has been electronically filed on May 12, 2010 with the U.S. Bankruptcy Court for Northern District of Illinois and served electronically upon the following parties:

**Served upon the following parties electronically and by mail:**

Law Offices of Ernesto Borges, 105 W. Madison St., 23rd Fl, Chicago, IL 60602 - Attorney for Debtor

Tom Vaughn, 200 S. Michigan, Ste 1300, Chicago, IL 60604 - Trustee

William T. Neary, 219 South Dearborn Street, Room 873, Chicago, IL 60604 - U.S. Trustee

**and served upon the following parties by mail:**

Roberto Sanchez, 2113 S. Lombard, Cicero, IL 60804 - Debtor

## CERTIFICATE OF SERVICE

I, The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Response upon the parties listed above, as to the Trustees and Debtor's counsel via electronic through ECF on May 12, 2010 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on May 12, 2010.

By: *Timothy R. Yueill*

Law Offices of Ira T. Nevel LLC
175 North Franklin, Suite 201
Chicago, Illinois 60606
(312) 357-112

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**